### CHRISTOPHER STEFANONI ET AL. *v.* IAN M. DUNCAN

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 172 (AC 25844), is granted, limited to the following issue:

"Whether the Appellate Court properly directed judgment for the plaintiffs to permit installation of a walkway, to permit the plaintiffs to wharf out in the defendant's littoral rights area, and to measure the view restriction burdening the defendant's property from the ground floor of the plaintiffs' residence?"

The Supreme Court docket number is SC 17585.

*Bruce Hill*, in support of the petition.

Decided December 22, 2005

## CHRISTOPHER STEFANONI ET AL. *v.* IAN M. DUNCAN

*Christopher Stefanoni*, pro se, and *Margaret Stefanoni*, pro se, in support of the petition.